# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 9, 2013

No. 12-40593
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICARDO OYERVIDES,

Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:12-CR-60

ON PETITION FOR REHEARING

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the petition for rehearing is granted. The sentence is vacated and the case is remanded for resentencing. *Peugh v. United States*, 133 S. Ct. 2072 (2013).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.